**Kenneth Lee DOSS, Plaintiff–Appellant**

v.

**IOWA DEPARTMENT OF CORRECTIONS; Gaile Hukins; Sean Crawford; Michelle Gonzolaz; Pam Mullen, Defendants–Appellees.**

No. 12–1896.

United States Court of Appeals, Eighth Circuit.

Submitted: Aug. 14, 2012.

Filed: Aug. 17, 2012.

Kenneth Lee Doss, Newton, IA, pro se.

Before BYE, GRUENDER, and BENTON, Circuit Judges.

PER CURIAM.

Iowa prisoner Kenneth Doss appeals the district court's [1] preservice dismissal of his 42 U.S.C. § 1983 complaint. After careful de novo review, see *Cooper v. Schriro*, 189 F.3d 781, 783 (8th Cir.1999) (per curiam), we affirm for the reasons provided by the district court, and deny Doss's pending motions.[2] See 8th Cir. R. 47B.

---

**1.** The Honorable John A. Jarvey, United States District Judge for the Southern District of Iowa.

**2.** We decline to address Doss's arguments raised for the first time on appeal. *See Stone v. Harry*, 364 F.3d 912, 914 (8th Cir.2004).